```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
QUINTIN J. BALLENTINE,                                         :
                                                               :
                                      Plaintiff,               :    1:25-cv-3819-GHW
                                                               :
                  -v-                                          :    ORDER
                                                               :
CARES FOR THE HOMELESS, *et al.*,                              :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On July 7, 2025, Plaintiff filed an emergency motion for injunctive relief. Dkt. No. 10. The Court directs Defendants to file a brief in opposition to Plaintiff's motion. The deadline for Defendants to file their brief in opposition is August 28, 2025. Plaintiff may then file a reply brief in support of Plaintiff's emergency motion for injunctive relief. The deadline for Plaintiff to file any such reply brief is September 10, 2025.

      SO ORDERED.

Dated: August 13, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge