USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2025

Hon. Gregory H. Woods

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Ballentine Vs Cares for the Homeless  1:25CV-03819

**MEMORANDUM ENDORSED**

Re: Notice Regarding Motion for Miscellaneous Relief

Dear Judge Woods,

I am writing to respectfully inform the Court that my pending motion for miscellaneous relief has been resolved through action taken by the New York City Human Resources Administration (HRA).

Due to ongoing abuse and harassment by staff members and residents at the facility operated by Cares for the Homeless, the City has placed me in a single-room temporary housing unit. This placement has alleviated the immediate concerns that were the subject of my motion.

I wish to express my sincere gratitude for the Court's time and attention to this matter.

Respectfully submitted,

Quintin J. Ballentine

245 West 131st Apt 12

New York, NY, 10027

929-734-0228

ballentineqj@yahoo.com

On July 7, 2025, Plaintiff filed an emergency motion for injunctive relief.  Dkt. No. 10.  On August 13, 2025, the Court ordered Defendants to file a brief in opposition and set a briefing schedule.  Dkt. No. 17.  In a letter, Plaintiff informed the Court that Plaintiff no longer seeks the relief sought in his emergency motion.  Dkt. No. 18.  The Court understands that Plaintiff is withdrawing his emergency motion.  Since the motion is withdrawn, Defendants need not respond to it. Accordingly, the deadlines in the Court's order from August 13, 2025, Dkt. No. 17, do not apply.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: August 19, 2025

_____
GREGORY H. WOODS
United States District Judge