UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/19/2026

QUINTIN J. BALLENTINE,

                                          Plaintiff,

              -v-

CARES FOR THE HOMELESS, *et al.*,

                                          Defendants.

------------------------------------------------------------------ X

1:25-cv-3819-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 18, 2026, Defendants Cares for the Homeless and the City of New York filed motions to dismiss Plaintiff's complaint.  Dkt. Nos. 51, 54.

Plaintiff's deadline to respond to the motions to respond is March 18, 2026.  If Plaintiff does not file oppositions by this deadline, the Court will resolve the unopposed motion or motions in due course.  Defendants' replies, if any, are due no later than April 1, 2026.

SO ORDERED.

Dated: February 19, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge