USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

QUINTIN J. BALLENTINE,

Plaintiff,

-v-

CARES FOR THE HOMELESS, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:25-cv-3819-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 6, 2026, Plaintiff requested that the Court schedule a status conference concerning certain evidence that he asserts is relevant to his claims and the pending motions to dismiss. Dkt. No. 66. That application is denied. The Court will resolve Defendants' motions to dismiss in the ordinary course. After the Court resolves Defendants' motions, the Court will schedule an initial pretrial conference during which it will set deadlines governing the conduct of discovery with respect to any remaining claims in this case. The Court notes that "[t]he obligation to preserve evidence arises when [a] party has notice that the evidence is relevant to litigation or when a party should have known that the evidence may be relevant to future litigation." *Fujitsu Ltd. v. Fed. Exp. Corp.*, 247 F.3d 423, 436 (2d Cir. 2001). A court order is not necessary in order to trigger a party's duty to preserve evidence.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated: August 12, 2026

GREGORY H. WOODS
United States District Judge