USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

QUINTIN J. BALLENTINE,

Plaintiff,

-v-

CARES FOR THE HOMELESS, *et al.*,

Defendants.

----------------------------------------------------------------- X

1:25-cv-3819-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 2, 2026, Plaintiff filed a motion requesting reconsideration of this Court's dismissal of Plaintiff's claims against the City. Dkt. No. 69. Under Local Civil Rule 6.1, any opposing or response papers must be served within 14 days after service of the moving papers, and any reply papers must be served within seven days after service of the answering papers. Barring an application for an extension of time, Defendants' opposition is due no later than October 16, 2026. Plaintiff's reply, if any, is due within seven days after service of Defendants' opposition.

SO ORDERED.

Dated: October 9, 2026
New York, New York

__________________________________
GREGORY H. WOODS
United States District Judge